# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| J. GREGORY CARWIE, as the Conservator of the Estate of CHRISTOPHER FORWOOD, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO.: 1:23-cv-00276-C |
| MOBILE COUNTY, ALABAMA, SAM COCHRAN and NOAH PRICE "TREY" OLIVER, ) ) ) ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order granting Defendants' Motions for Summary Judgment, it is ORDERED, ADJUDGED and DECREED that judgment is entered in favor of Defendants, Mobile County, Alabama, Sam Cochran and Noah Price "Trey" Oliver and against Plaintiff, J. Gregory Carwie, as the Conservator of the Estate of Christopher Norwood. It is, therefore, ORDERED that Plaintiff's claims against Defendants are hereby DISMISSED with prejudice. Costs are to be taxed against Plaintiff.

DONE and ORDERED this the 27th day of January, 2025.

s/WILLIAM E. CASSADY
UNITED STATES MAGISTRATE JUDGE